# SCHEDULE A

[redacted]