**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

XUCHANG YINREN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No.: 2:26-cv-01767

JURY TRIAL DEMANDED

**AFFIDAVIT OF ZHENG "ANDY" LIU**

I, Zheng "Andy" Liu, make this affidavit in support of the motion to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Zheng "Andy" Liu, being duly sworn, do hereby depose and say as follows:

1. I am an attorney at the law firm Aptum Law.
2. My business address is 1660 S Amphlett Blvd Suite 315, San Mateo, CA 94402.
3. I am a member in good standing of the bar of California.
4. My bar identification number is 279327.

5. A certificate of good standing from California is attached to this affidavit.
6. I have not been the subject of any disciplinary proceeding concerning my practice of law that resulted in a non-confidential negative finding or sanction.
7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
8. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.
9. Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Date: August 24, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA-279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us

*ATTORNEY FOR PLAINTIFF*

# Supreme Court of California

JORGE E. NAVARRETE

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

**OF THE**

## STATE OF CALIFORNIA

***ZHENG LIU***

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Zheng Liu # 279327, was on the 2nd day of December 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court*
*on the 10th day of December 2025.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: ______________________
*Michael Hallisy, Deputy Clerk*