**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

XUCHANG YINREN TECHNOLOGY CO., LTD., ) Civil Action No. 2:26-cv-01767
)
vs. ) or
SCHEDULE A DEFENDANTS )
) Criminal Action No. ____________
)

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ____________________________________,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for XUCHANG YINREN TECHNOLOGY CO., LTD., , in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

08/24/2026
Date

/s/ Zheng "Andy" Liu
Signature of Attorney or Litigant