**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br>Plaintiff,<br>v.<br>SCHEDULE A DEFENDANTS,<br>Defendants. | Civil Action No.: 2:26-cv-01767<br><br>JURY TRIAL DEMANDED |

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

On this day, the Court considered Plaintiff Xuchang Yinren Technology Co., Ltd.'s Motion to Seal, and it is hereby ORDERED that the Clerk of the Court shall maintain under seal the documents associated with the above-referenced action, including, but not limited to, the following: (1) Plaintiff's unredacted Complaint; (2) Schedule A to the Complaint; (3) the exhibit(s) to Plaintiff's Complaint containing the registration(s) for the Trademark-in-Suit; and (4) any Orders entered by the Court on Plaintiff's Motion for expedited discovery.

The foregoing documents shall remain under seal until the Order on Plaintiff's Motion for expedited discovery is entered, or until further Order of the Court.

SO ORDERED.

SIGNED this ____ day of _______________, 2026.

Pittsburgh, Pennsylvania.

________________________________

UNITED STATES DISTRICT JUDGE