**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No.: 2:26-cv-0_____<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION**

Plaintiff Xuchang Yinren Technology Co., Ltd. ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file a brief in support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Other Relief in excess of 20 pages. As part of Plaintiff's brief, Plaintiff moves this Honorable Court to enter a temporary restraining order on an *ex parte* basis, including a temporary injunction, temporary asset restraint, and expedited discovery.

Plaintiff's brief is only 22 pages, and due to the relief sought, Plaintiff submits that the extra 2 pages is necessary to ensure Plaintiff can address each specific area.

Plaintiff, therefore, respectfully requests that Plaintiff be granted leave to file a brief in excess of 20 pages.

///

Date: August 24, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA-279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: 650-475-6289
Email: Andy.Liu@AptumLaw.us

*ATTORNEY FOR PLAINTIFF*