**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| XUCHANG YINREN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No.: 2:26-cv-01767<br><br>JURY TRIAL DEMANDED |

**ORDER TO EXCEED PAGE LIMITATION**

Having considered Plaintiff Xuchang Yinren Technology Co., Ltd.'s ("Plaintiff") Motion for Leave to File Excess Pages, it is hereby ORDERED that said Motion is GRANTED.

IT IS ORDERED, as sufficient cause has been shown, that Plaintiff may file a brief in support of Plaintiff's Motion for Temporary Restraining Order and Other Relief in excess of 20 pages.

SO ORDERED.

SIGNED this ______ day of ___________, 20___.

Pittsburgh, Pennsylvania

________________________________

UNITED STATES DISTRICT JUDGE