**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**Joseph F. Weis, Jr. U. S. Courthouse**
**700 Grant Street**
**Pittsburgh, PA 15219**
**www.pawd.uscourts.gov**

**BRANDY S. LONCHENA**
CLERK OF COURT
412−208−7500

WHEN REPLYING, PROVIDE CASE NUMBER AND PARTY NAMES

August 24, 2026

Commissioner of Patents and Trademarks
P.O. Box 1450
Alexandria, VA 22313−1450

RE: XUCHANG YINREN TECHNOLOGY CO., LTD. vs. SCHEDULE A DEFENDANTS
Case Number: 2:26−CV−01767−RJC

Dear Commissioner:

In compliance with 35 Â§290 and/or 15 U.S.C Â§1116, enclosed please find a copy of the Complaint and docket entries filed in the United States District Court for the Western District of Pennsylvania.

Thank you for your attention in this matter.

Very truly yours,

BRANDY S. LONCHENA
CLERK OF COURT

By: /s/ **Logan Joel Saborsky**
Deputy Clerk

Enclosures